# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 6:20-CR-336-MC |
| v. | **INFORMATION** |
| **JOSEPH ALONZO LUGO,** | 18 U.S.C. § 2250(a) |
| **Defendant.** | |

**THE UNITED STATES ATTORNEY CHARGES:**

<u>**COUNT 1**</u>
**Failure to Register as a Sex Offender**
**(18 U.S.C. § 2250(a))**

On or before November 5, 2019, in the District of Oregon and elsewhere, defendant **JOSEPH ALONZO LUGO**, a person who is required to register under the Sex Offender Registration and Notification Act as a sex offender by reason of a conviction under Washington law, to wit: a Washington state conviction in Case Number 17-1-02239-0, for the crime of Child Molestation in the Second Degree, did knowingly fail to register and update a registration as required by the Sex Offender Registration and Notification Act;

In violation of Title 18, United States Code, Section 2250(a).

\ \ \

\ \ \

**Information**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Page 1**
Revised April 2018

Dated: August 13, 2020

                Respectfully submitted,

                BILLY J. WILLIAMS
                United States Attorney


                /s/ *William M. McLaren*
                WILLIAM M. McLaren
                Assistant United States Attorney